```
UNITED STATES DISTRICT COURT          12/13/89              DKT #: 1:89CV02397
NORTHERN DISTRICT OF OH (0647)
CLEVELAND DIVISION
                    LUSTIG GROUP V BANK OF NEW ENGLAND        PAGE 1
```
-------------------------------------------------------------------------

JUDGE JOHN M. MANOS   (4717)

-------------------------------------------------------------------------

| | | | | | |
|---|---|---|---|---|---|
| Filed : 12/12/89 | NOS  : 190 | Origin : 2 | Jury Demand: | | Demand     : 0 |
| County: 39035 | Juris: 4 | Rule 23: | Dversity(P): 1 | | Dversity(D): 5 |
| | | | Fee Type  : 1 | | Fee Status : P |

28 USC 1332(a) - OTHER CONTRACT

Remarks: CAT 4 - CUYAHOGA

-------------------------------------------------------------------------

## PARTIES

P 1) LUSTIG GROUP, INC.
P 3) WEINBERGER, KENNETH J.                P 2) LUSTIG, GREGORY J.
                                           P 4) FRYDMAN, JACOB A.
D 5) BANK OF NEW ENGLAND, N.A.
                                           D 6) BNE REALTY CREDIT CORP.
                                              FKA  BNE MORTGAGE CORP.

-------------------------------------------------------------------------

         PARTY
                                              ATTORNEY
P 1) LUSTIG GROUP, INC.

                                  FRYDMAN, JACOB A.
                                  OHIO SAVINGS PLAZA
                                  1801 EAST NINTH STREET
                                  SUITE 1510
                                  CLEVELAND, OH. 34273
                                  Phone:216-621-7800
                                  ID: 390034273   BAR NUMBER:  34273

P 2) LUSTIG, GREGORY J.

                                  FRYDMAN, JACOB A.

P 3) WEINBERGER, KENNETH J.

                                  FRYDMAN, JACOB A.

P 4) FRYDMAN, JACOB A.

                                  OLIVER, JOSEPH E.
                                  CAPITOL DEVELOPMENT CORPORATION
                                  1510 OHIO SAVINGS PLAZA
                                  1801 EAST NINTH STREET
                                  CLEVELAND, OH. 44114
                                  ID: 390014298   BAR NUMBER:  0014298

```
UNITED STATES DISTRICT COURT        12/13/89              DKT #: 1:89CV02397
NORTHERN DISTRICT OF OH (0647)
CLEVELAND DIVISION                                        PAGE 2
                       LUSTIG GROUP V BANK OF NEW ENGLAND
```
--------------------------------------------------------------------------------

|           PARTY            |           ATTORNEY           |
|----------------------------|------------------------------|

D  5) BANK OF NEW ENGLAND, N.A.

                                        MARTA, WAYNE P.
                                        VORYS, SATER, SEYMOUR & PEASE
                                        1375 EAST NINTH STREET
                                        CLEVELAND, OH. 44114-1724
                                        Phone:216-621-7091
                                        ID:  390013448   BAR NUMBER:  13448

                                        PETRAS JR., STEPHEN J.
                                        VORYS, SATER, SEYMOUR & PEASE
                                        1375 EAST NINTH STREET
                                        SUITE 2100
                                        CLEVELAND, OH. 44114-1724
                                        Phone:216-621-7091
                                        ID:  390007702   BAR NUMBER:  7702


D  6) BNE REALTY CREDIT CORP.

                                        UNREPRESENTED

***

JUDGE MANOS

JC 111A
Rev. 1/75)

## CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | DOCKET NO. 1:89CV2397 |
|---|---|---|
| LUSTIG GROUP, et al | BANK OF NEW ENGLAND | PAGE ___ OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 12/12/89 | 1 | **NOTICE** of defts Bank of New England, N.A. and BNE Realty Credit Corp. of removal from Court of Common Pleas of Cuyahoga County, Oh., Case No. 87-179194-CV. c/m 12/12/89 (3 p) ee |
| 12/12/89 | 2 | **INITIAL ORDER** issd. MANOS, J. (3 p) ee |
| 12/13/89 | 3 | **ANSWER** of defts Bank of New England and BNE Realty Credit Corp. to pltf's complt and **counterclaim.** c/m 12/13/89 (9 p + exh) ee |
| 1/4/90 | 4 | **STIPULATION AND ORDER** dismissing case w/prej at pltfs' costs. MANOS, J. Issd 1/4/90, EOD 1/5/90 ee |